IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION



| | | |
|---|---|---|
| J.R., A MINOR, BY HIS PARENTS AND NEXT FRIENDS ANALISA AND JOE R.; D.J., A MINOR, BY HIS PARENTS AND NEXT FRIENDS LAURIE AND DAMON J; A.T., A MINOR, BY HER PARENTS AND NEXT FRIENDS ANDREA AND CLINT T.; G.S., A MINOR, BY HER PARENTS AND NEXT FRIENDS JARIN AND SEAN S.; A.S., A MINOR, BY HIS PARENT AND NEXT FRIEND MARIA N.; AND DISABILITY RIGHTS TEXAS, PLAINTIFFS, | § § § § § § § § § § § § § § § § § § § § § | CAUSE NO. 1:21-CV-279-LY |
| V. | | |
| AUSTIN INDEPENDENT SCHOOL DISTRICT, DEFENDANT. | | |

## ORDER

Before the court is Plaintiffs' Notice of Withdrawal of Plaintiffs' Motion for Preliminary Injunction filed December 17, 2021 (Doc. #41). Having reviewed the notice of withdrawal,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Preliminary Injunction filed April 23, 2021 (Doc. #14) is **DISMISSED WITHOUT PREJUDICE**.

In light of the dismissal of the motion for preliminary injunction,

**IT IS FURTHER ORDERED** that Austin Independent School District's Objections and Motion to Strike Portions from Plaintiffs' Declarations in Their Motion for Preliminary Injunction filed May 5, 2021 (Doc. #22) is **DISMISSED**.

SIGNED this _21st_ day of December, 2021.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　LEE YEAKEL
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE