IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
OCT 6 2022
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | | |
|---|---|---|
| J.R., A MINOR, BY HIS PARENTS AND NEXT FRIENDS ANALISA AND JOE R.; D.J., A MINOR, BY HIS PARENTS AND NEXT FRIENDS LAURIE AND DAMON J; A.T., A MINOR, BY HER PARENTS AND NEXT FRIENDS ANDREA AND CLINT T.; G.S., A MINOR, BY HER PARENTS AND NEXT FRIENDS JARIN AND SEAN S.; A.S., A MINOR, BY HIS PARENT AND NEXT FRIEND MARIA N.; AND DISABILITY RIGHTS TEXAS, PLAINTIFFS, | § § § § § § § § § § § § § § § § § § § § | CAUSE NO. 1:21-CV-279-LY |
| V. | | |
| AUSTIN INDEPENDENT SCHOOL DISTRICT, DEFENDANT. | | |

## ORDER

Before the court is the above-referenced cause. As of the date of this order, the parties have not filed a proposed agreed scheduling order in accordance with Federal Rule of Civil Procedure 26 and the Local Rules of this court. Therefore,

**IT IS ORDERED** that the parties are to submit to the court a Proposed Agreed Scheduling Order, in accordance with Federal Rule of Civil Procedure 26(f), that follows the form scheduling order of this court located on the website for the United States District Court for the Western District

of Texas (https://www.txwd.uscourts.gov/), the "Forms" tab, "Civil," "Austin Division," "Proposed Scheduling Order for Judge Yeakel," **on or before October 28, 2022**.

SIGNED this _6th_ day of October, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE