**FILED**
January 23, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ps_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ANALISA R ET AL. | § | No. 1:21-CV-0279-DAE |
| | § | |
| Plaintiffs | § | |
| | § | |
| vs. | § | |
| | § | |
| AUSTIN INDEPENDENT SCHOOL DISTRICT | § | |
| | § | |
| Defendant | § | |
| | § | |
| | § | |

## ORDER WITHDRAWING TEXT ORDER AND ORDER REFERRING MATTER TO MAGISTRATE JUDGE

The matter before the Court is the status of this case. It is the Order of this Court that the text order, entered on January 10, 2024, referring this case to United States Magistrate Judge Lane for the purpose of mediation is hereby **WITHDRAWN**.

The Court, having reviewed the Parties Joint Motion for Referral to Mediation (dkt no. 64), has determined that the motion should be GRANTED.

Further, in accordance with the authority vested in the United States Magistrate Judge pursuant to 28 U.S.C. § 636(b), the instant action is hereby **REFERRED** to United States Magistrate Howell for the purpose mediation. Upon

completion of mediation, the undersigned retains full jurisdiction over all other matters.

**IT IS SO ORDERED.**

**DATED:** Austin, Texas, January 23, 2024.

                                        David Alan Ezra
                                        Senior United States District Judge